# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1346

_____

Derrick Hobson,

   Appellant,

  v.

Captain Steed, Garland County
Detention Center; Deputy Wynn;
Deputy Shirley; Deputy Dunn;
Deputy Worley; Deputy Grinness,

   Appellees.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the Western
\* District of Arkansas.
\*
\* [UNPUBLISHED]
\*
\*
\*
\*

_____

Submitted: December 17, 2007
  Filed: December 21, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

  Former Arkansas pretrial detainee Derrick Hobson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from an accidental fall from a top bunk during incarceration and from the medical treatment he received thereafter. Having carefully reviewed the record and considered Hobson's

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

arguments, we conclude that the district court properly granted summary judgment on his claims that defendants were deliberately indifferent to his reasonable safety and deliberately indifferent to his serious medical needs.  See Johnson v. Hamilton, 452 F.3d 967, 971-72 (8th Cir. 2006) (standard of review).  We decline to consider additional claims that he asserts for the first time on appeal.  See Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004).

      Accordingly, we affirm.  See 8th Cir. R. 47B.

_____